# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Williams-Sonoma, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

   C 07 5365

Ideana.com, a California Company, and Nassery Ozeir, an individual

**MEJ**

TO: (Name and address of defendant)

Ideana.com
19635 Buren Place
Castro Valley, California 94552

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory S. Gilchrist (State Bar No. 111536)
Tali L. Alban (State Bar No. 233694)
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Tel: (415) 576-0200; Fax: (415) 576-0300
gsgilchrist@townsend.com;
tlalban@townsend.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

OCT 1 9 2007
DATE_____

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK