# Exhibit C



# POTTERY BARN

christmas 2004

## the perfect bar

introducing the maxfield hotel collection

**DECORATE & CELEBRATE**
see pages 9, 36 and 61 for
our newest trim collections

**A PERSONAL TOUCH**
make it special
with monogramming

**ORDER BY**
9am PST December 23
for Christmas delivery




# Room for Living

"To achieve flexibility in your room, it's best to have pieces that easily adapt to different orientations. Look for multi-use furniture like nesting tables, or side tables that can be clustered to form a coffee table. Rearranging furniture and using new accent pieces are quick ways to adapt your room to changing functions and seasons."

*from Pottery Barn Living Room, sold on page 137*

## Oliver Leaning Shelf

**A.** Showcase artwork, collections and CDs on this innovative leaning shelf. Its made of oak with a deep espresso stain and mounts invisibly to the wall at the top. To display large objects, remove one or more of the shelves and conceal the opening with a finished wood slat (included) that slides into place. Base involves keyhole anchor kit. 24½" x 7½". *98-4439685*
**$299** SALE $179.99 *Catalog/Internet Only*

## Hudson Lamp Base

**B.** An original design by renowned lighting manufacturer Robert Abbey, these lamp bases feature graceful silhouettes rendered in solid steel. Each is hand assembled and finished in deep bronze with edge-rubbed distressing and brass highlights. Pair with our Linen Drum Shade as shown or any of our Mix & Match shades on page 91. Bedside lamp base uses a table shade; floor lamp base uses a floor shade. UL-Listed.  *98-4377570*

Bedside. 7½" base, 16¼" high (for switch to top).  *$140*
Table. 1200W, 3-way switch. 8" diam., 28¼" h.  *$140*

Linen Drum Shade. White or Beige.  *98-4150304*
Table. 15" diam. 9.5" h.  *$44*
Floor. 17" diam., 13.5" h.  *$59*

## Bryson Kilim Rug

**C.** Hand loomed of wool and cotton, our flatweave rug features geometric motifs characteristic of traditional antique Persian kilims. Water stars, a symbol of happiness, are interwoven with arrows and diamonds. Finished with hand-knotted fringe. Imported. For a Rug Pad, see p. 96, page 93.  *98-4036608* *Catalog/Internet Only*
2 x 3  $149
3 x 5  $349

2.5 x 8'  $189
8 x 10'  $999 ($925)

## Manhattan Leather Collection
● Quick 1-3 Week Delivery!

**D.** With its signature blend of quality, value and style, our Manhattan Collection has been a Pottery Barn classic since it was first offered in 1995. The well-padded arms, high backs and deep seats were designed to resemble furniture used in Manhattan nightclubs of the 1930's. Understated elegance of the full-grain leather upholstery is a kiln-dried hard-wood frame. See page 95 for furniture facts and other leather styles. Choose from 8 leather colors.

Cognac   or Caramel  ●  *174-3413283*   ●

Sofa (shown).  $2,529 ($1200)  ●
Sleeper Sofa.  $2,839 ($125)  ●
Loveseat Sofa.  $2,349 ($100)  ●
Chair-and-a-Half  $1,999 ($120)  ●
Recliner.  $1,729 ($100)  ●
Armchair  $1,599 ($30)  ●
Ottoman.  $449 ($30)  ●

## Morton Occasional Tables

**E.** Matte-black steel legs and mahogany-stained tops combine to create a collection of tables that is as stylish as it is functional. The nesting tables have a tall narrow profile. White-gessoed arms positions the tables throughout the room to hold lots of extras. The square chaser table can be used as an end table on its own or grouped in multiples to create a coffee table. The console provides ample space for storage and display on its broad top and two wood-topped shelves below.  *98-4377358* *Catalog/Internet Only*

Nesting Tables, small, 18" w, 25" h, large
(4" sq., 26" h. Set of 2, one of each.  $169 ($20)
Chaser Table. 24" sq., 28" h.
Table. $169 ● SPECIAL $299 ($40)
Console. 46 x 18 x 30" h. $399 ($75) ●

*See page 120 for Lucas Basket.*

# POTTERYBARN

winter 2006



OUR ANNUAL
WINTER
* SALE *
PAGES 160–163

# TIME *for a*
## CHANGE

BIG IDEAS *for small spaces*

Our delivery is simply the best, and now more affordable than ever. See page 84 for details



# idea:

## LIVE IN YOUR LIVING ROOM

"Our favorite living room always have a sofa we can't live without. Our soft leather makes it made for comfort every night of the week. The best part is that the more you use it, the softer and more beautiful it gets.

800 922 5507 24 hours

**Double Gourd Lamp**

A. Like a sculptural work, our lamp has a timeless quality and design that fits beautifully in a range of home styles. Swivel-finished detail white linen shade included. UL-listed. Polar Blue or Ivory. 44•7400303

Bedside Lamp, 13"W. 19" diam., 24.5" h. $169
Table Lamp, 13"W. 19" diam., 31" h. $199

**Rhys Collection**

B-D. Our Rhys tables are superbly crafted with espresso-stained mahogany and other hardwoods. Our console and an open-sided shelf above two drawers. The telephone table features adjustable shelves behind glass doors. Three drawers open from either side on the coffee table. Finished with cast-brass hardware in antique bronze. See page 189 for additional pieces in the Rhys Collection. 44•605401
Catalog/Internet Only.

B. Side Table, 20"sq., 26" h. $359 ($420)
C. Telephone Table, 15"sq., 32" h. $399 ($430)
D. Coffee Table, 48"x24"x18" h. $399 ($460)

**Senna Kilim Rug**

E. Our flat-woven geometric kilim is loomed from wool/cotton in deep earthen shades of rust and umber. Imported. 44•605533. Catalog/Internet Only.
3'x5' $149          2.5'x8' $189
5'x8' $349          8'x10' $599 ($629)

**Manhattan Leather Collection**

● Quick 1-3 Week Delivery!

F. With its separate blend of quality, value and style, our Manhattan Collection is a luxury turn classic. The well-padded arms, high backs and deep seats were designed in a neutral furniture used in Manhattan nightclubs of the 1940s. The extra-soft full-grain leather upholstery is embodied to reveal its unique natural markings. See page 83 for furniture facts.

Whiskey (shown) or Espresso. 74•823928
Caramel or Coffee. 74•541283
Chestnut. 74•4762820

Sofa (shown)          $2,699 ($300)
Sleeper Sofa          $2,999 ($325)
Sleeper Sofa          $2,499 ($315)
Chair-and-a-Half      $2,099 ($100)
Recliner              $1,859 ($100)
Ottoman               $519.99 ($100)
Ottoman               $499 ($80)
Armchair & Ottoman Set $1,955 ($175) ($100)











potterybarn.com



# POTTERY BARN

summer 2006

## summer
# SAVINGS

special pricing on select outdoor furniture
and on additional items throughout the catalog

over 50 NEW IDEAS
for decorating inside & out
see pages 2-23



## Montego Collection

**F, G.** Dramatic turned legs give our Montego Collection the shapely polish of British colonial furniture. Crafted from rich dark mahogany with a hand-applied stain. The chair's seat and back are densely woven of birdseye cane, with a sturdy hand-planed tops. Mahogany stain or Antique White. (page A6).  Catalog/Internet Only

**F.** Occasional Chair. 31 x 23 x 38.5" h.
•13-6641864 **$499** ($23)

**G.** Coffee Table. 52 x 22 x 19" h.
•13-6628654 **$499** ($46)

## Manhattan Leather Collection

● **Quick 1-3 Week Delivery**

**A.** With its signature blend of quality, value and style, our Manhattan Collection is a luxury Barn classic. The well-padded arms, high backs and deep seats recall the comfortable leather furniture of 1970s Manhattan nightclubs. Choose Espresso (shown), Whiskey, Cherry Red or Toffee for color that has the gently distressed appearance of antique leather. For a more uniform color that stays consistent over time, choose Cinnamon or Hazelnut. See page 91 for furniture facts and page 90 for all of our Manhattan leather colors. ●

Espresso (shown) •74-4230528
Whiskey •74-6230526
Toffee •74-7994072
Cinnamon •74-5411263
Cherry Red •74-6262620
Hazelnut •74-7994094

Sofa (shown). **$2,899** ($100)
Single Sofa **$2,199** ($121)
Studio Sofa **$2,099** ($100)
Chair-and-a-Half **$1,399** ($100)
Recliner **$1,999** ($100)
Armchair **$1,499** ($100)
Ottoman **$499** ($30)
Armchair & Ottoman Set **$1,955** (save $100)

### Ethan Lamp Bases

**B.** Our adjustable lamp has an architectural design, inspired by an angled base. Cast from steel wrapped (included). UL-listed, highllow switch. Hand-rubbed Bronze or polished Nickel finish. •13-6041963

Table Lamp, 150W, 7 x 21 x 28" h. adjusts to 33" h.
Polished Nickel **$179** SALE **$129.99**    Bronze **$179**
Floor Lamp, 79W, 11 x 40 x 60" h. adjusts to 78.5" h.
Polished Nickel **$249** SALE **$179.99**    Bronze **$249**
Scooter (page 62), 60W. Polished Nickel only.
•13-1363478, assorted 13-15 h. •13-4741404
Each **$129**    Set of 2 **SPECIAL $229**

### Iron Gate Pillar Holder

**C.** Our blackened iron candleholder makes a dramatic backdrop for candles and small vases. 8 x 5 x 20" h. •13-6573950.  Catalog/Internet Only
Each **$59**    Set of 2 **SPECIAL $89**
Ivory Pillar Candle. Each $19.
3" diam., 3" h. $3    3" diam., 6" h. $8

### Natural Fiber Pillow Covers & Cube

**D.** The rugged weave of our raffia pillows and cube brings a summery look to your space. Cube has a hidden zipper, filled with polystyrene beads. Imported.  Catalog/Internet Only
Pillow Covers. Each •70-630135
18" sq. $29    16 x 26" $35
Cube (insert included). 22" sq., 20" h.
Each •13-7617786 $159
Pillow Insert, 18" sq. Each •43-1690063 $12
Lumbar Insert, 16 x 26" h. Each •43-6526776 $18

### Carol Rug

**E.** Suzani-style blossoms in subtly muted tones of brick and teal decorate the neutral backdrop of our hand-tufted rug. 100% cotton backing. Imported. •13-7113966  Catalog/Internet Only
3 x 5' $149    2.5 x 9' $199    5 x 8' $399
8 x 10' $599 ($23)    9 x 12' $790 ($23)













POTTERY BARN

early fall 2006

INSPIRED
DECORATING

COLOR
choose from 50
upholstery fabrics

PATTERN
coordinating pillows,
rugs and drapes

STYLE
over 250 new items and ideas
for every room

~ *Fast Shipping* ~
Most items arrive in
one week or less!



**G.** Set two open bookcases side-by-side (as shown) to create an instant wall or room divider. They're also beautiful against a wall; the open back allows wall color to show through. Framed in hardwood with a beveled border, with 15 openings to showcase books and art and collectibles. 58.5 x 15 x 60.5"H. Mahogany stain or Black. •52791201
$1,199 ($150) Catalog/Internet Only ◆
Rattan Bismred Baskets •52-803600b
Urling 12"sq., 6"h. **$29**
Urn Large, 20 x 13.5 x 5"h. **$59**

## SET
## THE SCENE

Versatile armchairs are the ideal choice for a busy room like this. Here are two classic configurations.



In this cozy arrangement, a single coffee table becomes the focal point for four twin armchairs.

Here, a sofa and two armchairs create a U-shaped configuration, ideal for movie viewing.

### Manhattan Armchair
🚚 *Bar-Quick 1-3 Week Delivery!*

**A.** Our Manhattan Armchair is a Pottery Barn classic. The luxurious top-grain leather, lush curves and thick padding make it exceptionally comfortable. Choose Whiskey (shown), Cherry Red, Espresso or Toffee for color that accentuates the leather's natural markings and distressed style. For a more uniform color over time, choose Cinnamon or Hazelnut. We offer this collection in more leather and fabric options. See page 90–95 for details. ◆
Whiskey (shown). •74-6236528
Cherry Red. •74-626920
Espresso. •74-6236523
Toffee. •74-7994072
Cinnamon. •74-6413581
Hazelnut. •74-9980046
Armchair (shown). **$1,499** ($528) ●
Recliner **$1,899** ($528) ●
Ottoman **$499** ($530) ●
Armchair & Ottoman Set
$1,995.00 ($530)

### Adjustable Arc Lamps

**B.** These adjustable lamps are made of brass with an antique-bronze finish; flared shade is white linen. •52-6832208
Table Lamp, 60W 7" sq., 28" h.
exiss sit **$129**   •  **$199**
Floor Lamp, 100W 15.5" sq., 70" h., extends to 82" h. **$399**

## Metropolitan Occasional Tables

**C, D.** Sturdy construction and design details like flared molding and imported legs define this collection. Sample assembly. Mahogany stain or Black (page 41). •52-6461. Catalog/Internet Only.

**C.** Half-Round Console.
55 x 20 x 30"h. **$349** ($40)

**D.** Round Coffee Table.
34" diam., 18" h. **$349** ($40)
Cube, 22"w., 18" h. Each **$199** ($20)
Set of 2 **$399** ($20)
Side Table, 22 x 18 x 25" h. **$249** ($20)
Rectangular Console.
48 x 20 x 30" h. **$399** ($40)

## Textured Throw

**E.** Tightly twisted thick-and-thin yarns are woven into a richly textured, machine-washable blend of acrylic and polyester. 50 x 60" Imported. Wheat, Dark Almond, Lichen Green, Espresso or Cardinal Red. •52-6305274 **$79** *Catalog/Internet Only*





## Aiden Rug

**F.** Our richly hued rug has antique Moroccan motifs that are hand tufted in gold, ivory and red on a persimmon background. Imported. •52-7769324 *Catalog/Internet Only*
3 x 5' **$229**            2.5 x 9" **$279**
5 x 8' **$479**            8 x 10' **$749** ($25)
9 x 12" **$849** ($25)



# Exhibit D



 

**Furniture Collections**

**How to Order/Contact**

**Our Company**

**Our Testimonials**

**Home**

Home > Mazar Sofa Set > Collection Construction

## Mazar Sofa Set



Individual Prices:
Sofa - $995
Loveseat - $895
Chair - $695
Ottoman - $265



- Thumbnails



PROTECTED

Next »
Photo **10**
of 19
« Previous



## Frame Construction:

Kiln dried solid wood frame
Interwoven webbed base and
webbed back construction

## Seat Cushion:

Standard density foam with
pocket spring cora and Dacron
wrap

## Leather Type:

Top Grain seating area
Split leather on sides and back

www.ideana.com

## Collection Construction

ShinyStat™
Tot. visits    57046
Today visits      20

Furniture Store San Francisco



AFFORDABLE LUXURY at WHOLESALE PRICES

FREE HOME DELIVERY TO MOST SAN FRANCISCO BAY AREA CITIES WITHIN DAYS



IDEANA.com

WHOLESALE FURNITURE

Furniture Collections

How to Order/Contact

Our Company

Our Testimonials

Home

Home > Mazar Sofa Set > Mazar Sofa

Furniture Store San Francisco

# Mazar Sofa Set



Individual Prices:
Sofa - $995
Loveseat - $895
Chair - $695
Ottoman - $265

**Thumbnails**



**PROTECTED**

Next »
Photo **13**
of 19
« Previous



Furniture Store San Francisco

**Mazar Sofa**

www.ideana.com



## AFFORDABLE LUXURY at WHOLESALE PRICES
### FREE HOME DELIVERY TO MOST SAN FRANCISCO BAY AREA CITIES WITHIN DAYS

**Furniture Collections**

**How to Order/Contact**

**Our Company**

**Our Testimonials**

**Home**

Home > Mazar Sofa Set > Collection General Info

## Mazar Sofa Set



Individual Prices:
Sofa - $995
Loveseat - $895
Chair - $695
Ottoman - $265



- Thumbnails



**PROTECTED**

Next »
Photo **8** of 19
« Previous



## Get Comfortable

Furniture is often the central element that anchors and defines a space. A sofa or armoire creates a focal point in a room, and can determine the other decorating choices you make. Whether it's a comfortable sofa, loveseat or a chair, our well-built furniture only gets better with time. Each element is a personal decision, but all should come together so that your house feels like a home.

To ensure that the furniture you choose suits your needs, remember to measure the space you plan to fill, and be sure to take good measurements of your space.

**www.ideana.com**

## Collection General Info

ShinyStat™
Tot. visits    57046
Today visits    20



 

**Furniture Collections**

**How to Order/Contact**

**Our Company**

**Our Testimonials**

**Home**

Home > Mazar Sofa Set > Chairs

# Mazar Sofa Set



Individual Prices:
Sofa - $995
Loveseat - $895
Chair - $695
Ottoman - $265



- Thumbnails



**PROTECTED**

Next »
Photo **15**
of 19
« Previous



## Chairs

ShinyStat™
Tot. visits    57048
Today visits       22

# Exhibit E

s.f. bayarea craigslist > san francisco > furniture

email this posting to a friend

**Avoid scams and fraud by dealing locally!** Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/ guarantee. *More info*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Charming Pottery Barn Style Living Room Colleciton

Reply to: sale-452307120@craigslist.org
Date: 2007-10-18, 11:41AM PDT



Charming Pottery Barn Style Living Room Collection



**Sofa - $ 1,278 Now On Sale for $995**

**(Item Sold Individually) Dimensions: 84" wide, 38.5" deep, 36" high**



**Chair - $707 Now On Sale for $595**

**(Item Sold Individually) Dimensions: 41" wide, 38.5" deep, 36" high**



**Love Seat - $1,064 Now On Sale for $895**

**(Item Sold Individually) Dimensions: 62" wide, 38.5" deep, 36" high**



**Ottoman - $278 Now On Sale for $265**

**(Item Sold Individually) Dimensions: 24" wide, 24" deep, 16.5" high**



## Get Comfortable

Furniture is often the central element that anchors and defines a space. A sofa or armoire creates a focal point in a room, and can determine the other decorating choices you make. Whether it's a comfortable sofa, loveseat or a chair, our well-built furniture only gets better with time. Each element is a personal decision, but all should come together so that your house feels like a home.

To ensure that the furniture you choose suits your needs, remember to measure the space you plan to fill, and be sure to take good measurements of your space.

**www.ideana.com**





Colors Available:



(colors are similar to above)

www.ideana.com



## Frame Construction:

Kiln dried solid wood frame
Interwoven webbed base and
webbed back construction

## Seat Cushion:

Standard density foam with
pocket spring cora and Dacron
wrap

## Leather Type:

Top Grain seating area
Split leather on sides and back

www.ideana.com



## Measurements

- Sofa         84 x 38.5 x 36 inches

- Loveseat    62 x 38.5 x 36 inches

- Chair        41 x 38.5 x 36 inches

- Ottoman    24 x 24 x 16.5 inches



www.ideana.com




**Delivery:** We can deliver within days.

**Please go to our site for more pictures, prices, & info:**

**w w w . i d e a n a . c o m**




 

- This item has been posted by-dealer.
- Location: FREE DELIVERY BAY AREA
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 452307120

---

Copyright © 2007 craigslist, inc.    terms of use    privacy policy    feedback forum

Exhibit F

