```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  TALI L. ALBAN (Bar # 233694)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300
    gsgilchrist@townsend.com;
 5  tlalban@townsend.com

 6  Attorneys for Plaintiff
    Williams-Sonoma, Inc.
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAMS-SONOMA, INC. | Case No. C07-5365 MEJ |
|---|---|
| Plaintiff, | **RETURN OF SUMMONS AND PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS** |
| v. | |
| IDEANA.COM, a California Company, and NASSERY OZEIR, an individual | |
| Defendants. | |

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: WILLIAMS-SONOMA, INC.

Defendant: IDEANA.COM, et al.

Ref#: 224301        *   **PROOF OF SERVICE**   *   Case No.: C07-5365 MEJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;ECF REGISTRATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in the within action by personally delivering true copies thereof to the person named below, as follows:

          Party served    : IDEANA.COM

          By serving      : Nassery Ozeir, Agent for Service

          Address         : (Home)
                            19635 Buren Place
                            Castro Valley, CA 94552

          Date of Service: October 22, 2007

          Time of Service: 7:15 PM

Person who served papers:
JARVIS D. HASKIN                          Fee for service: $107.00
SPECIALIZED LEGAL SERVICES, INC.          Registered California process server.
1112 Bryant Street, Suite 200             (i) Employee or Independent Contractor
San Francisco, CA 94103                   (ii) Registration no.: 1006
Telephone: (415) 357-0500                 (iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 23, 2007                    Signature_____

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: WILLIAMS-SONOMA, INC.
Defendant: IDEANA.COM, et al.

Ref#: 224302        *   **PROOF OF SERVICE**   *   Case No.: C07-5365 MEJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;ECF REGISTRATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in the within action by personally delivering true copies thereof to the person named below, as follows:

       Party served     : NASSERY OZEIR

       By serving       : Nassery Ozeir, Personally

       Address          : (Home)
                          19635 Buren Place
                          Castro Valley, CA 94552

       Date of Service: October 22, 2007

       Time of Service: 7:15 PM

Person who served papers:
JARVIS D. HASKIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1006
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 23, 2007                              Signature_____

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**RETURN OF SUMMONS AND
PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| Defendant Ideana.com | Defendant Nassery Ozeir |
|---|---|
| Ideana.com<br>c/o Nassery Ozeir, Agent for Service<br>19635 Buren Place<br>Castro Valley, CA 94552 | Nassery Ozeir<br>19635 Buren Place<br>Castro Valley, CA 94552 |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: November 2, 2007

Kristine J. Storheim