1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TALI L. ALBAN (Bar # 233694)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   gsgilchrist@townsend.com;
5  tlalban@townsend.com

6  Attorneys for Plaintiff
   Williams-Sonoma, Inc.
7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAMS-SONOMA, INC.                Case No. 3:07-CV-5365

12            Plaintiff,                **STIPULATION TO FINAL JUDGMENT
                                        AND PERMANENT INJUNCTION**
13       v.

14 IDEANA.COM, a California Company,  and
   NASSERY OZEIR, an individual
15

16            Defendants.

17

18      Plaintiff Williams-Sonoma, Inc. and defendants Ideana.com and Nassery Ozeir hereby

19 stipulate to the facts and conclusions contained in the attached Final Judgment and Permanent

20 Injunction and consent to its entry by the court.

21      IT IS SO STIPULATED AND CONSENTED.

22

23 DATED: January  , 2008              TOWNSEND AND TOWNSEND AND CREW LLP
          February 4, 2008
24                                     By: _____
                                            Tali L. Alban
25                                          Attorney for Plaintiff Williams-Sonoma, Inc.

26 DATED: January 28, 2008             NASSERY OZEIR

27                                     By: _____
                                            Nassery Ozeir
28                                     On behalf of Defendants Ideana.com and Nassery Ozeir.

## CERTIFICATE OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**STIPULATION TO FINAL JUDGMENT AND PERMANENT INJUNCTION; [PROPOSED] FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| Defendant Ideana.com | Defendant Nassery Ozeir |
| --- | --- |
| Ideana.com<br>c/o Nassery Ozeir, Agent for Service<br>19635 Buren Place<br>Castro Valley, CA 94552 | Nassery Ozeir<br>19635 Buren Place<br>Castro Valley, CA 94552 |

☒    [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐    [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐    [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  February 4, 2008

_Kristine J. Storheim_