TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
TALI L. ALBAN (Bar # 233694)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com;
tlalban@townsend.com

Attorneys for Plaintiff
Williams-Sonoma, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC.<br><br>Plaintiff,<br><br>v.<br><br>IDEANA.COM, a California Company, and NASSERY OZEIR, an individual<br><br>Defendants. | Case No. 3:07-CV-5365-MEJ<br><br>**[PROPOSED] FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION** |

1.  Plaintiff Williams-Sonoma, Inc. ("WSI") has filed a Complaint alleging copyright infringement, trademark infringement, counterfeiting and false designation of origin, dilution, and unfair competition under federal and California law against defendants Ideana.com ("Ideana") and Nassery Ozeir (collectively, "Defendants"). WSI alleges that Defendants have engaged in a practice of electronically copying product images displayed in WSI's Pottery Barn brand catalogs and converting them to their own use and that such practices infringe WSI's intellectual property rights and causes WSI irreparable harm and competitive disadvantage. The Court now enters final judgment based upon the following stipulated facts.

I.  **STIPULATED FACTS AND CONCLUSIONS**

   A.  This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Defendants. Venue is proper in this Court.

[PROPOSED] FINAL JUDGMENT UPON CONSENT
AND PERMANENT INJUNCTION
*Williams-Sonoma, Inc. v.Ideana.com, et al.*, Case No. 3:07-CV-5365-MEJ

1

B.  WSI owns a federal trademark registration for POTTERY BARN (Registration No. 2021077; first used April of 1956; registered on December 3, 1996) for use on a variety of furniture and home furnishings. This registration, and all other WSI registrations, applications, and common law marks incorporating the Pottery Barn® name, including "PB," which is a common consumer reference to WSI's "Pottery Barn" brands, will be referred to collectively hereafter as "Pottery Barn Marks." WSI also owns valid copyright registrations for its Pottery Barn® catalogs.

C.  Defendant Ideana is a California company based in Alameda County, California. Ideana is owned and operated by defendant Nassery Ozeir. At the time of filing of the lawsuit, Defendants operated a website through which Defendants advertised and sold home furnishings. Defendants also advertised their products through Internet classified listings.

D.  Defendants have made electronic copies of WSI's copyrighted images and displayed them on their website and in Internet classified advertisements in order to sell their own products. In addition, Defendants promoted and sold furniture and other home items using the Pottery Barn Mark, including proclaiming that they sell "Pottery Barn Style" furniture and embedding the words "pottery barn" into its Craigslist.org advertisements so that searches for the Pottery Barn® mark and products on Craigstlist.org would also yield Defendants' own advertisements, featuring the stolen images from WSI's catalogs.

E.  WSI alleges that the Defendants' practices described above created consumer confusion, were deceptive and caused WSI irreparable harm.

## II.  ORDER AND INJUNCTION

It is hereby ordered and adjudged as follows:

1.  Defendants shall pay the sum of $1,000 to WSI in two equal payments of $500 each, to be paid in full by February 29, 2008.

2.  Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Defendants, including its principals, agents, employees, officers, directors, servants, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

        a.    using any WSI proprietary or copyrighted image in connection with any advertising or promotion of Defendants' products, including advertising or promotion through its website, through online classified advertisements, or in any other way;

        b.    using the Williams-Sonoma®, Pottery Barn®, Pottery Barn Kids®, PB Teen®, West Elm® trademarks, or any other Williams-Sonoma brand name or trademark in connection with any advertising or promotion of Defendants' products or services, including advertising or promotion through any website, through online classified advertisements, or in any other way;

        c.    any practice, whether explicitly forbidden by this agreement or not, that (a) is likely to cause consumer confusion or misapprehension about any relationship, affiliation, sponsorship or other connection between Defendants and Williams-Sonoma®, Pottery Barn®, West Elm®, Pottery Barn Kids®, PB Teen®, or any other Williams-Sonoma brand, or (b) tends to deceive consumers that (i) Defendants sell authentic WSI products; or that (ii) Defendants' products are equal or equivalent quality as WSI products if they are not.

    3.    Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

    4.    This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof.

//
///
///
///
///
///
///
///
///
///

[PROPOSED] FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION
*Williams-Sonoma, Inc. v.Ideana.com, et al.*, Case No. 3:07-CV-5365-MEJ

3

5.  In the event that Defendants violate the terms of this Judgment, Defendants shall pay WSI for WSI's reasonable attorney's fees and costs incurred in this action and any enforcement or contempt proceedings against Defendants. For any future proceeding to enforce the terms of this Judgment, service by mail upon a party or their counsel of record at their last known address shall be adequate notice for each party.

IT IS SO ORDERED AND ADJUDGED.

DATED: _____    _____
                                   Hon. Maria-Elena James
                                   United States Magistrate Judge

[PROPOSED] FINAL JUDGMENT UPON CONSENT
AND PERMANENT INJUNCTION                                              4
*Williams-Sonoma, Inc. v.Ideana.com, et al.*, Case No. 3:07-CV-5365-MEJ