TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
TALI L. ALBAN (State Bar No. 233694)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>IDEANA.COM, a California Company, and NASSERY OZEIR, an individual,<br><br>             Defendants. | Case No.   3:07-CV-5365-MEJ<br><br>**PARTIAL SATISFACTION OF JUDGMENT** |

   Plaintiff Williams-Sonoma, Inc., acknowledges that the monetary portion of the Consent Judgment entered by this Court on February 4, 2008 in the above entitled action has been satisfied. The Defendants have continuing obligations under the permanent injunction.

Dated: February 22, 2008                                        Respectfully Submitted,


                                                                By: _____/s/ Gregory S. Gilchrist_____
                                                                Gregory S. Gilchrist
                                                                Tali L. Alban
                                                                TOWNSEND AND TOWNSEND AND CREW LLP
                                                                Two Embarcadero Center, Eighth Floor
                                                                San Francisco, California 94111
                                                                Telephone: (415) 576-0200
                                                                Facsimile: (415) 576-0300

61289044 v1