IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, | No. C 07-5365 MEJ |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| vs. | |
| IDEANA.COM, | |
| Defendant(s). | |

On February 22, 2008, Plaintiff informed the Court that the monetary portion of the consent judgment in this matter has been satisfied. Accordingly, the Court hereby DISMISSES the above-captioned case. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 31, 2008

MARIA ELENA JAMES
United States Magistrate Judge